```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

MARK MAYNARD,                          :

    Petitioner,                    :

v.                                     :
                                               CIVIL ACTION 06-0636-WS-M

ALBERTO GONZALES,                      :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,                :

    Respondents.                   :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED.

**DONE** and **ORDERED** this 17th day of May, 2007.

                                                      s/WILLIAM H. STEELE
                                                      UNITED STATES DISTRICT JUDGE